LEON R. COOPER, Appellant, v. VILLAGE OF BROCKPORT, Respondent.— Judgment affirmed, with costs. All concur, except Cunningham, J., who dissents and votes for reversal on the law and for granting a new trial, on the ground that the evidence presented a question of fact for the jury as to the negligence of the defendant. (The judgment dismisses the complaint in an action to recover for damage to plaintiff's automobile caused by a tree falling in a public highway.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY E. COOPER, Appellant, v. VILLAGE OF BROCKPORT, Respondent.— Judgment affirmed, with costs. All concur, except Cunningham, J., who dissents and votes for reversal on the law and for granting a new trial on the ground that the evidence presented a question of fact for the jury as to the negligence of the defendant. (The judgment dismisses the complaint in an action to recover damages for personal injuries caused by a tree falling on an automobile in a public highway.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

WILLIAM F. COOPER, Appellant, v. VILLAGE OF BROCKPORT, Respondent.— Judgment affirmed, with costs. All concur, except Cunningham, J., who dissents and votes for reversal on the law and for granting a new trial on the ground that the evidence presented a question of fact for the jury as to the negligence of the defendant. (The judgment dismisses the complaint in an action to recover damages for loss of services of, and medical attendance for, plaintiff's wife, injured by tree falling on automobile in a public highway.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JAMES SCAPPUCCI, Appellant, v. THE CARBORUNDUM COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs plaintiff to make complaint more definite and certain in an action to recover damages for injuries sustained by plaintiff contracting silicosis.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FRANK NICOSIA, Appellant, v. THE CARBORUNDUM COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses a complaint in an action to recover damages sustained by plaintiff from contracting bronchitis and asthma.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ALEX PETRIESHEN, Appellant, v. THE GLOBAR CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses a complaint in an action to recover damages sustained by plaintiff from contracting bronchitis and asthma.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JOHN WILLIAM BUILDING CORPORATION, Respondent, v. UNION TRUST COMPANY OF ROCHESTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to bring in a party defendant in an action to recover for funds of plaintiff corporation wrongfully paid out.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.